■ In the Matter of CARLOS E., a Person Alleged to be a Juvenile Delinquent, Appellant. [691 NYS2d 517] —Order of disposition, Family Court, Bronx County (Harold Lynch, J.), entered on or about January 8, 1998, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crime of criminal possession of a controlled substance in the third degree, and placed him with the New York Office of Children and Family Services for a period of 18 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the court's credibility determinations, which are supported by the record. Given these determinations, the evidence permitted a reasonable inference that appellant, who twice retrieved "small objects" from a nearby hole in the sidewalk for sale to two separate passersby, constructively possessed the vials of crack cocaine found in the hole moments later by arresting narcotics officers (*see, People v Walker*, 234 AD2d 962, *lv denied* 89 NY2d 1042). Concur—Rosenberger, J. P., Tom, Rubin, Saxe and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY SELLARS, Appellant. [691 NYS2d 762] —Judgment, Supreme Court, New York County (Colleen McMahon, J.), rendered August 20, 1997, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him, as a persistent violent felony offender, to a term of 7 years to life, unanimously affirmed.

Defendant was not deprived of a fair trial by the fact that the court introduced his counsel to the jury panel as a Legal Aid Society attorney. A curative instruction would have been a sufficient remedy, but defendant declined the court's offer to give such an instruction. In any event, in the circumstances here presented, this isolated remark could not have affected the verdict. Concur—Rosenberger, J. P., Tom, Rubin, Saxe and Buckley, JJ.